UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

GABRIEL RIVERA-RODRIGUEZ

v.                                    CASE NO. 5:23-cv-674-SDM-PRL

WARDEN, FCC COLEMAN-MEDIUM

_____/

### ORDER

Gabriel Rivera-Rodriguez petitions (Doc. 1) under 28 U.S.C. § 2241 for the writ of habeas corpus. Rivera-Rodriguez fails to pay the filing fee and fails within thirty days after his petition to move to proceed as a pauper. (Doc. 2 at 1–2) Under 28 U.S.C. § 1914(a) and Local Rule 6.04(a), this action is **DISMISSED WITHOUT PREJUDICE**.

ORDERED in Tampa, Florida, on December 22, 2023.

*[signature]*

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE